PROB 12C
(7/93)

Report Date: April 20, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Jimenez-Ortiz      Case Number: 2:11CR06012-001

Address of Offender: Incarcerated at the Benton County Jail, 7122 W. Okanogan Place, Kennewick, WA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/6/2000

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: 2/15/2008 |
| Defense Attorney: | Richard A. Smith | Date Supervision Expires: 2/14/2013 |

### PETITIONING THE COURT

### To allow these violations to trail the new charge in case number 2:11CR06005-001.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: On December 26, 2010, the defendant was found in the Eastern District of Washington, after having been denied admission, excluded, deported and removed from the United States on February 16, 2008. |
| | On June 6, 2000, the defendant was convicted in the Northern District of California, for Possession With Intent to Distribute Methamphetamine, in violation of 21, U.S.C. § 841(a)(1), docket number 5:99CR20066-001. The defendant was sentenced to 120 months in custody with 60 months of supervised release to follow. |
| | On February 16, 2008, the defendant was deported to Mexico, at San Ysidro, California, and has not obtained legal permission to reenter the United States. |
| | Jurisdiction was transferred in this case to the Eastern District of Washington, on January 7, 2011. |

Prob12C
Re: Jimenez-Ortiz, Jose
April 20, 2011
Page 2

    2        **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

             **Supporting Evidence**: On January 11, 2011, an indictment was filed in the United States District Court in the Eastern District of Washington, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:11CR06005-001.

             According to the indictment, on December 26, 2010, the defendant was found in the Eastern District of Washington, and did not have the express consent to reapply for admission into the United States.

The U.S. Probation Office respectfully recommends the Court allow these violations to trail the new charge in case number 2:11CR06005-001.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 20, 2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   Allow the above violations to trail the new charge in case number 2:11CR06005-001

Signature of Judicial Officer

April 20, 2011
Date